## YOTHER v. STATE.
### No. 18915.

Court of Criminal Appeals of Texas.
March 31, 1937.

Dwight Whitwell, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for driving an automobile upon a public highway while under the influence of intoxicating liquor; penalty assessed at a fine of $50.

The indictment appears regular. The evidence heard upon the trial is not brought up for review. No complaints of the procedure have been presented by bills of exception or otherwise.

Perceiving no error in the record, the judgment of the trial court is affirmed.